# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Nos. 1D17-3494
1D17-3496

———————————————

J. M. P., a child,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

August 14, 2018

PER CURIAM.

AFFIRMED.

BILBREY, WINOKUR, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, Steven Seliger, Assistant Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.